B 1 (Official Form 1) (1/08)

| UNITED STATES BANKRUPTCY COURT<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if Individual: Last, First, Middle):<br>Bantel Telecom, LLC. | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>N/A |
|---|---|
| All Other Names used by Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>N/A | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or other Individual-Taxpayer I.D. (ITIN) No./Complete EIN (If more than one, state all.):<br>20-5462191 | Last four digits of Soc. Sec. or other Individual-Taxpayer I.D. (ITIN) No./Complete EIN (If more than one, state all.): |
| Street Address of Debtor (No. and Street, City, and State):<br>5201 Blue Lagoon Drive, Suite 935<br>Miami, FL 33126                                ZIP CODE 33126 | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Miami-Dade County | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>N/A                                                        ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>1100 NW 163rd Drive, Miami, FL 33169                                        ZIP CODE 33169 | |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☐ Individual (Includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☑ Corporation (Includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**FILING FEE** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one Box:
- ☑ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

THIS SPACE IS FOR COURT USE ONLY

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| ☑ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☑ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Bantel Telecom, LLC. | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed within Last 8 Years** (If more than two, attach additional sheet). | | |
| Location<br>Where Filed:    NONE | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:<br>N/A | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X_____<br>    Signature of Attorney for Debtor(s)            (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made part of this petition.

**Information Regarding the Debtor – Venue**
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Bantel Telecom, LLC. |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____
Signature of Debtor

X_____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X _/s/ [signature]_____
Signature of Attorney for Debtor (s)

Francis L. Carter, Esq.
Name of Attorney Firm (If any)

Katz Barron Squitero Faust
Firm Name

2699 S. Bayshore Drive, 7th Floor, Miami, FL 33133
Address

(305) 856-2444
Telephone Number

1/11/10
Date

*In case in which §707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United State Code, specified in this petition.

X _[signature]_____
Signature of Authorized Individual

Ricardo Otaola
Printed Name of Authorized Person

Member-Manager
Title of Authorized Individual

1/11/10
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X_____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 4 (Official Form 4)(12/07)

# UNITED STATES BANKRUPTCY COURT

Southern District of Florida

In re  __Bantel Telecom, LLC__        ,    Case No. _____
              Debtor

                                    Chapter __11_____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Intelsat Corporation**<br>3400 International Dr. NW,<br>Washington DC 20008-3006 | Accounts Receivables<br>Intelsat Corporation<br>3400 International Dr. NW,<br>Washington DC 20008-3006<br>(202) 944-8230 | Trade debt | N/A | $1,048,996.76 |
| **Hughes Network Systems LLC**<br>11717 Exploration Lane,<br>Germantown MD 20876 | Paulette Descalzi<br>Hughes Network Systems LLC<br>11717 Exploration Lane,<br>Germantown MD 20876<br>(301) 428-5501 | Trade debt | N/A | $40,000.00 |
| **Go2Tel**<br>1100 NW 163rd Drive,<br>Miami, FL 33169 | Annabell Fierro<br>Go2Tel<br>1100 NW 163rd Drive,<br>Miami, FL 33169<br>(305) 622-6626 x120 | Trade debt | N/A | $16,550.00 |
| **David Triana**<br>Calle 107 # 52-49 Of 302<br>Bogota, Colombia | David Triana<br>Calle 107 # 52-49 Of 302<br>Bogota, Colombia<br>(571) 520-6020 | Trade debt | N/A | $9,000.00 |

[Page 1 of 3]

| Creditor | Contact | Nature | Contingent | Amount |
|---|---|---|---|---|
| **Shook, Hardy & Bacon, LLP**<br>2400 Miami Center<br>201 S. Biscayne Blvd.<br>Miami FL 33131-4332 | Accounts Receivable<br>Shook, Hardy & Bacon, LLP<br>2400 Miami Center<br>201 S. Biscayne Blvd.<br>Miami FL 33131-4332 | Trade debt | N/A | $8,447.08 |
| **Luis F. Cifuentes**<br>8333 Lake Drive, Apt. 505<br>Doral, FL 33166 | Luis F. Cifuentes<br>8333 Lake Drive, Apt. 505<br>Doral, FL 33166<br>(954) 578-5929 x 46 | Trade debt | N/A | $7,654.50 |
| **Volkswagen Credit**<br>P.O. Box 17497,<br>Baltimore, MD 21297-1497 | Customer Service<br>Volkswagen Credit<br>P.O. Box 17497, Baltimore, MD 21297-1497<br>(800)428-4034 | Trade debt | N/A | $4,880.84 |
| **Carrierhouse**<br>1100 NW 163rd Drive,<br>Miami, FL 33169 | Annabell Fierro<br>Carrierhouse<br>1100 NW 163rd Drive,<br>Miami, FL 33169<br>(305) 622-6626 x120 | Trade debt | N/A | $3,900.00 |
| **Telecom & Professional Services, Inc.**<br>2362 NW 158th Lane<br>Hollywood, FL 33028 | Lenin Eguez<br>Telecom & Professional Services, Inc.<br>2362 NW 158th Lane<br>Hollywood, FL 33028<br>(305) 940-3335 | Trade debt | N/A | $2,000.00 |
| **Regus**<br>5201 Blue Lagoon Drive,<br>8th and 9th Floor<br>Miami, FL 33126 | Francisco Botran<br>Regus<br>5201 Blue Lagoon Drive, 8th and 9th Floor<br>Miami, FL 33126<br>(305)716-4000 | Trade debt | N/A | $1,597.82 |
| **Arazoza & Company, P.A.**<br>2100 Salzedo Street,<br>Suite 300<br>Coral Gables, FL 33134 | Charlie Arazoza<br>Arazoza & Company, P.A.<br>2100 Salzedo Street,<br>Suite 300<br>Coral Gables, FL 33134<br>(305)444-6226 | Trade debt | N/A | $1,518.63 |
| **Alonso & Garcia, P.A.**<br>5805 Blue Lagoon Drive<br>Suite 200<br>Miami, FL 33126 | Domingo Alonso<br>Alonso & Garcia, P.A.<br>5805 Blue Lagoon Drive<br>Suite 200<br>Miami, FL 33126<br>(305) 448-3898 | Trade debt | N/A | $1,200.00 |

| **Panalpina Inc.**<br>12430 NW 25th Street<br>Building 10, Suite 100,<br>Beacon Corporate Park,<br>Miami, FL 33182 | Rocio Pena<br>Panalpina Inc.<br>12430 NW 25th Street<br>Building 10, Suite 100,<br>Beacon Corporate Park,<br>Miami, FL 33182<br>(305)499-9800 x 5087 | Trade debt | N/A | $1,025.00 |
|---|---|---|---|---|
| **Comet Courier Corp.**<br>8600 NW 72nd Street<br>Miami, FL 33166-2394 | Accounts Receivable<br>Comet Courier Corp.<br>8600 NW 72nd Street<br>Miami, FL 33166-2394<br>(305) 591-2262 | Trade debt | N/A | $216.00 |
| **United Payment Services, Inc.**<br>31186 La Baya Drive<br>Westlake Village, CA 91362 | Customer Service<br>United Payment Services, Inc.<br>31186 La Baya Drive<br>Westlake Village, CA 91362<br>(888) 464-0113 | Trade debt | N/A | $52.99 |

1/11/10
Date

_____
Debtor

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the manager and authorized agent of the limited liability corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

1/11/10
Date

_____
Signature

Ricardo Otaola, Member-Manager
(Printed Name and Title)

[Page 3 of 3]

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

In re:

BANTEL TELECOM, LLC.                        Case No. _____
                                            Chapter 11

        Debtor.
_____/

## CORPORATE OWNERSHIP STATEMENT

In a case in which the debtor is a corporation (other than a governmental unit), or where any corporation is a party to an adversary proceeding (other than the debtor or a a governmental unit), the following information is required pursuant to Fed. R. Bankr. P. 1007(a)(1) and Local Rule 1002-1(A)(2):

Check all applicable boxes

    ☑    There are no corporations that directly or indirectly own 10% or more of any class of the debtor's equity interest.

    ☐    The following corporations directly or indirectly own 10% or more of a class of the debtor's equity interest:

1.

2.

3.

1/11/10
Date

Signature
Ricardo Otaola, Member-Manager
(Printed Name and Title)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In Re:                                                                 Case Number _____
                                                                       Chapter 11

    Bantel Telecom, LLC


_____ Debtor _____/

## DECLARATION UNDER PENALTY OF PERJURY TO ACCOMPANY PETITIONS, SCHEDULES AND STATEMENTS FILED ELECTRONICALLY

*Note: This declaration must be filed with each electronically filed initial petition or amended petition and must contain the imaged signature of the debtor. This declaration must also be filed with an initial schedule, SFA, Statement of Social Security Number, or Statement of Current Monthly Income (OBF 22) not filed with the initial petition or any amended schedules, SFA, Statement of Social Security Number, and/or Statement of Current Monthly Income (OBF 22) unless these documents contain an imaged signature of the debtor(s).*

**Check all documents that apply to this declaration**

[ ✓ ] Voluntary petition signed by me on ___1/11/10___    [ ] Amended voluntary petition signed by me on
[ ] Schedules signed by me on _____    [ ] Amended schedules signed by me on
[ ] Statement of Financial Affairs signed by me on _____    [ ] Amended Statement of Financial Affairs signed by me on
[ ] Statement of Social Security Number(s)                   [ ] Amended Statement of Social Security Number(s)
    signed by me on _____                                   signed by me on
[ ] Statement of *Current Monthly Income (OBF 22)*           [ ] Amended Statement of *Current Monthly Income (OBF 22)*
    signed by me on _____                                   signed by me on

I, ____Ricardo Otaola____, the undersigned debtor(s) **hereby declare under penalty of perjury as follows:**

1. I have reviewed and signed the original(s) of the document(s) identified above and the information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

2. I understand that Verified Document(s) filed in electronic form shall be treated for all purposes (both civil and criminal, including penalties for perjury) in the same manner as though signed or subscribed.

3. I understand that the Verified Document(s) will be filed by my attorney in electronic form in connection with the above captioned case and that I have received and reviewed copies of the Verified Document(s) I have signed.

4. I understand that my attorney is required by the court to retain the original signed Verified Document(s) for five years from date of discharge, dismissal or the conclusion of any pending appeals in this case and provide these documents to the court upon request at any time.

_____           _____
**Signature of Debtor**                                                              **Signature of Joint Debtor (if applicable)**
(If non-individual, authorized corporate representative)

Ricardo Otaola, Member-Manager
**Print or Type Name (and title if applicable)**                **Print Name**

Francis L. Carter, Esq.
**Print or Type Name of Attorney for Debtor**                   **Phone:**


1 (rev. 12/01/09)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

In re:

BANTEL TELECOM, LLC.                         Case No. _____
                                             Chapter 11

     Debtor.
_____/

## NOTICE OF FILING CORPORATE FINANCIAL STATEMENTS

Debtor, BANTEL TELECOM, LLC, by and through undersigned counsel and pursuant to Section 1116(1) of Title 11 of the United States Code, hereby gives notice of filing its most recent Balance Sheet, Statement of Operations, and Cash-Flow Statement.

Dated: **1/11/10**

                                                                                                Respectfully submitted,

                                                                                                KATZ BARRON SQUITERO FAUST
                                                                                                Attorneys for Bantel Telecom, LLC
                                                                                                2699 South Bayshore Drive, 7th Floor
                                                                                                Miami, Florida 33133-5408
                                                                                                (305) 856-2444 Telephone
                                                                                                (305) 285-9227 Telecopier

                                                                                                By: **/s/ Francis L. Carter**
                                                                                                    Francis L. Carter, Esq.
                                                                                                    Florida Bar No. 203912

## BANTEL TELECOM, LLC

Balance Sheet
December 31st, 2009
(in US$)

| Assets | 2009 |
|---|---:|
| Cash | 627 |
| Documents and accounts receivable | |
|     Customer account receivables | 297,842 |
|     Related company | 195,793 |
|     Stockholders and employees | 79,641 |
|         Total documents and accounts receivable | **573,276** |
| Deposits | 115,550 |
| | - |
|         Total Liquid Assets | **689,452** |
| Tangible assets | |
| Tools, equipment and vehicles | 679,921 |
| Accumulated depreciation | (170,890) |
| Total tangible assets | 509,031 |
| Other intangible assets | 10,000 |
|         **Total Assets** | **1,208,484** |

### Liabilities and deficit in shareholders

| | |
|---|---:|
| **Liabilities:** | |
| **Documents and accounts payable** | |
|     Commercial operations | 1,193,472 |
|     Others | 211,075 |
|         Total liabilities | **1,404,547** |
|         **Total liabilities** | **1,404,547** |
| **Long-term liabilities** | |
|     Accounts payable to shareholders | 561,578 |
|     Accounts payable to related company | 1,126,220 |
|     Deposit from customers | 118,890 |
|         Total long-term liabilities | **1,806,688** |
|         **Total liabilities** | **3,211,235** |
| Social capital | 500 |
| Profit (or loss) | |
|     Profit (or loss) | (2,003,251) |
|         Total Profit (or Loss) | (2,003,251) |
|         Total Profit (or Loss) in Equity | (2,002,751) |
|         **Total Liabilities and Equity** | **1,208,484** |

**BANTEL TELECOM, LLC**

Statement of Operations
January 1, 2009 to December 31, 2009
(in US$)

|  | 2009 |  |
|---|---:|---:|
| **Operation Revenues:** |  |  |
| Transmission services | 1,229,876 |  |
| Sale of equipment | 656,595 |  |
| Others | - |  |
| **Total Operation Revenues** |  | 1,886,471 |
| **Costs:** |  |  |
| Operations costs | 1,726,310 |  |
| Depreciation | 64,822 |  |
| Cost of sale | 400,000 |  |
| **Total Costs** |  | 2,191,132 |
| Operations Profits (or Losses) |  | (304,661) |
| **Administrative and General Expenses** |  |  |
| Payroll | 140,400 |  |
| Professional services and independent contractors | 169,796 |  |
| General expenses | 56,554 |  |
| Representation expenses | 105,000 |  |
| Payroll taxes | 38,323 |  |
| **Total Administrative and General Expenses** |  | 510,073 |
| **Other (Expenses) Revenues** |  |  |
| Bank commissions |  | 1,933 |
| Total Other (Expenses) Revenues |  | 1,933 |
| Profit (loss) before taxes |  | (812,800) |
| **Income Taxes** |  |  |
| Net Profit (Loss) |  | (812,800) |

**BANTEL TELECOM**
Cash Flow in US$
January - December 2009

| DETALLE | JANUARY | FEBRUARY | MARCH | APRIL | MAY | JUNE | JULY | AUGUST | SEPTEMBER | OCTOBER | NOVEMBER | DECEMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Previous Balance | 37,059.24 | -66,123.94 | -187,901.60 | -314,831.60 | -434,130.84 | (554,060.85) | (677,955.49) | (763,432.34) | (793,477.42) | (858,331.25) | (926,614.19) | (1,009,342.91) |
| **INCOME** | | | | | | | | | | | | |
| Monthly Recurrent Revenues | 41,936.00 | 41,936.00 | 44,052.00 | 43,865.00 | 62,137.00 | 38,934.00 | 36,384.00 | 142,012.00 | 105,890.00 | 104,735.00 | 85,200.00 | 85,200.00 |
| Accounts Receivables | | | | | | | | | | | | -297,842.00 |
| Monthly Recurrent Revenues from TB | 39,440.00 | 43,330.00 | 45,980.00 | 49,550.00 | 49,550.00 | 49,550.00 | 49,550.00 | 49,550.00 | 49,550.00 | 49,550.00 | 49,550.00 | 49,550.00 |
| Revenues from equipment sales | | | | | | | 600,000.00 | | | | | |
| **Total Revenues** | 81,376.00 | 85,266.00 | 90,032.00 | 93,415.00 | 111,687.00 | 88,484.00 | 685,934.00 | 191,562.00 | 155,440.00 | 154,285.00 | 134,750.00 | -163,092.00 |
| **TOTAL Disposable** | 118,435.24 | 19,142.06 | -97,869.60 | -221,416.60 | -322,443.84 | -465,576.85 | 7,978.51 | -571,870.34 | -638,037.42 | -704,046.25 | -791,864.19 | -1,172,434.91 |
| **DEBIT** | | | | | | | | | | | | |
| Accounts Payable Service Providers | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,404,547.00 |
| Accounts Payable Service Other Providers | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Operating Costs (monthly service providers) | 139,010.00 | 139,010.00 | 139,010.00 | 139,010.00 | 139,010.00 | 139,010.00 | 139,010.00 | 139,010.00 | 139,010.00 | 139,010.00 | 139,010.00 | 139,010.00 |
| Personnel | 6,000.00 | 30,000.00 | 30,000.00 | 30,000.00 | 30,000.00 | 30,000.00 | 30,000.00 | 30,000.00 | 30,000.00 | 30,000.00 | 30,000.00 | 30,000.00 |
| G&A | 29,549.18 | 38,033.66 | 32,952.00 | 43,704.24 | 52,607.01 | 43,368.64 | 50,944.85 | 45,097.08 | 51,283.83 | 49,057.94 | 48,468.72 | 39,880.03 |
| Cost of Sales | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 400,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Capex | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 151,456.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other expenses | 10,000.00 | 0.00 | 15,000.00 | 0.00 | 10,000.00 | 0.00 | 0.00 | 7,500.00 | 0.00 | 4,500.00 | 0.00 | 0.00 |
| **Total Expenses** | 184,559.18 | 207,043.66 | 216,962.00 | 212,714.24 | 231,617.01 | 212,378.64 | 771,410.85 | 221,607.08 | 220,293.83 | 222,567.94 | 217,478.72 | 1,613,437.03 |
| **Final Balance** | (66,123.94) | (187,901.60) | (314,831.60) | (434,130.84) | (554,060.85) | (677,955.49) | (763,432.34) | (793,477.42) | (858,331.25) | (926,614.19) | (1,009,342.91) | (2,785,871.94) |
| Line of Credit | | | | | | | | | | | | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

In re:

BANTEL TELECOM, LLC.             Case No. _____
                                                                          Chapter 11

        Debtor.
_____/

### VERIFICATION REGARDING LACK OF FEDERAL INCOME TAX RETURN

      I, a manager and authorized agent of the limited liability corporation named as the debtor in this case, hereby verify that the Debtor, BANTEL TELECOM, LLC, has never filed a Federal Income Tax Return.

1/11/10_____                        _____
Date                                                Debtor

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the manager and authorized agent of the limited liability corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Verification Regarding Lack of Federal Income Tax Return and that it is true and correct to the best of my information and belief.

1/11/10_____                        _____
Date                                                Signature

                                                             Ricardo Otaola, Member-Manager
                                                                 (Printed Name and Title)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

In re:

BANTEL TELECOM, LLC.             Case No. _____
                                                 Chapter 11

       Debtor.
_____/

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Ricardo Otaola, declare under penalty of perjury that I am a manager of Bantel Telecom, LLC, a Florida limited liability corporation, and that on January 8, 2010, the following resolution was unanimously adopted by the members and managers of this limited liability corporation:

"WHEREAS, the managers have determined that it is desirable, fair, reasonable and in the best interest of Bantel and Bantel's creditors, stockholders and other interested parties for Bantel to file a petition seeking relief under the provisions of Chapter 11 of Title 11, United States Code (the "Bankruptcy Code").

NOW, THEREFORE, BE IT

RESOLVED that Bantel is authorized to file for relief under Chapter 11 of the Bankruptcy Code (the "Bankruptcy Proceeding"); and it is

FURTHER RESOLVED that Bantel is authorized to retain Katz, Barron, Squitero, Faust ("KBSF") as bankruptcy counsel in the Bankruptcy Proceeding; and it is

FURTHER RESOLVED that Bantel shall pay KBSF the sum of One Hundred Thousand Dollars ($100,000.00) for legal fees and One Thousand Thirty Nine Dollars ($1,039.00) for the filing fee, representing a retainer to file the Bankruptcy Proceeding; and it is

FURTHER RESOLVED that Ricardo Otaola is hereby authorized and directed, as Manager to cause the following: (1) Bantel to file the Bankruptcy Proceeding and to execute on behalf of the Bantel such retainer agreement; (2) negotiate, take all actions and make decisions, for and on behalf of Bantel, which are necessary, desirable or appropriate, in his opinion, in connection with the bankruptcy and/or any creditors (all prior actions taken and decisions made in regards to any of the foregoing are hereby ratified); and (3) execute and deliver on behalf of Bantel, all such documents, filings, certificates, affidavits, and other instruments as may be necessary, desirable or appropriate, in his opinion. All third parties are hereby authorized and permitted to deal with Ricardo Otaola, as the authorized representative of Bantel, and rely upon the fact that any act taken

or document or instrument executed or delivered by him has been authorized by Bantel; and it is

FURTHER RESOLVED that this Consent may be executed in counterparts, with different signatures on each, and all such counterparts shall collectively constitute and comprise one original Consent. An electronic copy of this Consent and any electronic signatures thereon shall be considered for all purposes as an original."

1/11/10
Date

Signature

Ricardo Otaola, Member-Manager
(Printed Name and Title)